# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL BOWEN, | NO. CV 11-9771-JAK (MAN) |
|     Petitioner, | |
|     v. | JUDGMENT |
| LELAND McEWAN, WARDEN, | |
|     Respondent. | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 2, 2014.

JOHN A KRONSTADT
UNITED STATES DISTRICT JUDGE